IN THE COURT OF APPEALS
OF MARYLAND

No. 91

September Term, 2014

LINDA A. SENEZ

v.

BRADFORD G.Y. CARNEY

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

PER CURIAM ORDER

Filed: December 22, 2014

LINDA A. SENEZ               *      In the

                                       *      Court of Appeals

    v.

                                       *      of Maryland

                                       *      No. 91

BRADFORD G.Y. CARNEY      *      September Term, 2014

PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 22nd day of December, 2014

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily vacated, and the case is remanded to that Court for further consideration in light of <u>Deborah Hiob, et al. v. Progressive American Insurance Company, et al.</u>, ____ Md.____, ____A.3d____ (No. 4, September Term, 2014, filed November 20, 2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

                                     _____

                                          Chief Judge